United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Elio A. Riquenes, Plaintiff,<br><br>v.<br><br>Primero Auto Parts, Inc. and Emilio Bruscantini, Defendants. | )<br>)<br>)<br>) Civil Action No. 20-22167-Civ-Scola<br>)<br>)<br>) |

### Order Administratively Closing Case Upon Notice Of Settlement

     The Parties have settled this FLSA action. (Joint Response to Order to Show Cause, ECF No. 31 ("On February 16, 2021, Plaintiff executed a Mutual General Release dismissing all claims . . . [t]he Parties hereby request that the court allow them to submit their own stipulation for dismissal with prejudice.").) By **June 9, 2021**, the Plaintiff must submit a copy of the settlement agreement for the Court's approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (explaining that in an action brought under the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness). The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's attorney, and a statement as to whether the amount of attorney's fees were negotiated separately from any settlement payment to the Plaintiff.

     The settlement agreement must be filed with the Court as part of the record in this action. If the parties believe the settlement agreement contains sensitive information they may request that it be filed under seal, consistent with the Court's general policy and procedures regarding sealed filings. *See* S.D. Fla. L.R. 5.4 ("A party seeking to make a filing under seal in a civil case shall . . . file a motion to seal that sets forth the factual and legal basis for departing from the policy that Court filings be public."); *see generally Brown v. Advantage Eng'g, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case.").

     In addition to submitting the settlement agreement for the Court's approval, the Plaintiff must also file either: (1) a stipulation of dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a motion to dismiss consistent with Rule 41(a)(2). The Plaintiff must file the stipulation of dismissal or motion to dismiss contemporaneously with the settlement agreement.

     The Court directs the Clerk to **close** this case. Any party may move to re-open the case if there is a problem in reaching a final settlement agreement. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on May 12, 2021.

_____
Robert N. Scola, Jr.
United States District Judge