UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22167-CIV-SCOLA

ELIO A. RIQUENES,

    Plaintiff,

vs.

PRIMERO AUTO PARTS, INC., et al.

    Defendants.

_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

COME NOW Plaintiff, ELIO A. RIQUENES and Defendants, PRIMERO AUTO PARTS, INC., and EMILIO BRUSCANTINI, by and through their undersigned counsel, hereby file a motion to approve settlement agreement, and as grounds allege:

1. This action is brought on behalf of Plaintiff to recover unpaid overtime and minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA"). Plaintiff also seeks damages for alleged retaliation pursuant to 29 U.S.C. 215 (a)(3).

2. On May 13, 2021, the Court entered an Order Administratively Closing Case Upon Notice of Settlement requiring the parties to submit a copy of the settlement agreement for Court approval. [D.E. 32].

3. On February 16, 2021, Plaintiff executed a Mutual General Release dismissing all claims against Defendants. (Exhibit A). Plaintiff received no compensation from signing the general release. Plaintiff's counsel also received no compensation for attorney's fees nor costs. No payment was made, nor will be made, as part of the parties' agreement.

4. Plaintiff and Defendants are satisfied that the Agreement fairly resolves the dispute between them as to the instant action.

5. Plaintiff and Defendants jointly request that this Honorable Court approve the Agreement reached by the parties.

6. Plaintiff and Defendants stipulate to the dismissal with prejudice of the instant action each party bearing its own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an order approving the settlement agreement entered into by the parties and dismissing this action with prejudice upon approval by the Court of said agreement.

Dated on this June 9, 2021.

Respectfully submitted,

| | |
|---|---|
| ZANDRO E. PALMA, P.A. | LAW OFFICES OF |
| Counsel for Plaintiff | EDDY O. MARBAN |
| 9100 S. Dadeland Boulevard, Suite 1500 | Counsel for Defendants |
| Miami, Florida 33156 | 2655 S. LeJeune Road, Suite 804 |
| Telephone (305) 446-1500 | Coral Gables, Florida 33134 |
| Facsimile (305) 446-1502 | Telephone (305) 448-9292 |
| E-mail: zep@thepalmalawgroup.com | Facsimile (786) 309-9978 |
| | E-mail: em@eddymarbanlaw.com |
| By: *s/Zandro E. Palma* | By: *s/Edilberto Marban* |
| ZANDRO E. PALMA, ESQ. | EDDY O. MARBAN, ESQ. |
| Fl. Bar No.0024031 | Fl. Bar No. 435960 |

.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22167-CIV-SCOLA

ELIO A. RIQUENES,

    Plaintiff,

vs.

PRIMERO AUTO PARTS, INC., et al.

    Defendants.

_____/

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Parties' Joint Motion to Approve Settlement Agreement. The Court, having reviewed the Motion:

**ORDERS and ADJUDGES** as follows:

The Motion is **GRANTED**, as the settlement represents a fair, reasonable, and just resolution of disputed claims arising under the Fair Labor Standards Act. The matter is dismissed with prejudice, with the parties to bear their own costs, fees, and expenses, except as agreed-upon among the parties.

All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers in Miami, Florida, dated this \_\_\_\_\_ day of _____, 2021.

                                                _____
                                                HONORABLE ROBERT N. SCOLA, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: *Counsel of record*