United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Elio A. Riquenes, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-22167-Civ-Scola |
| | ) |
| Primero Auto Parts, Inc. and Emilio Bruscantini, Defendants. | ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (Joint Motion for Settlement Approval, ECF Nos. 33, 34.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 33**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on June 10, 2021.

Robert N. Scola, Jr.
United States District Judge